UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, CHIEF U.S.D.J.**

DATED: 9/25/15          TIME: 11:04-11:30

CRIMINAL CAUSE FOR: Guilty Plea

DOCKET #: CR15-00331

| | |
|---|---|
| DEFENDANT: Peter Ferrell- b | ATTORNEY: Mia Eisner-Grynberg, F/D |
| DEFENDANT: | ATTORNEY: |
| DEFENDANT: | ATTORNEY: |

ASSISTANT U.S. ATTORNEY: Mark Bini

COURT REPORTER: Anthony Frisolone

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                              DEPUTY: V. Holley

Dft withdraws previously entered plea of not guilty.

Dft sworn & advised of rights.

G/P to Count 2 of Indictment accepted by the Court.

Sentencing schedule set as follows:

PSI report disclosure 1/4/16.
Dft's submission 1/19/16; govt's response 1/26/16
Sentencing 1/29/16 at 9:30.

USPD notified.